COUNTY OF SULLIVAN, Appellant, v. CORNELIUS E. DOWNIE, Defendant, and GLOBE INDEMNITY COMPANY, Respondent. (Actions Nos. 2 to 100.) — Order unanimously affirmed, with ten dollars costs and disbursements.

AUGUSTUS H. VAN BUREN, Appellant, v. ROBERT L. WENSLEY, etc., Appellants. FIRST NATIONAL BANK OF SAUGERTIES and Others, Respondents. — Motion granted, without costs.

FREMONT F. WILLIAMS, Appellant, v. LIZZIE MERRILL, Respondent. In the Matter of the Application of LIZZIE MERRILL to Compel FREMONT F. WILLIAMS, Appellant, to Summarily Pay to Petitioner $833.72, with Interest, etc.— Motion denied. Lyon, J., not sitting.

WILLIS J. BREWSTER, Appellant, v. JOSEPH B. GARLICK and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

JENNETTE HAYES, Appellant, v. HUDSON RIVER TELEPHONE COMPANY, Respondent.— Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting.

In the Matter of the Judicial Settlement of the Accounts of JOHN S. SHEDDEN and Another, as Temporary Administrators, etc., of ARNOLD H. ELLIS, Deceased. In the Matter of the Judicial Settlement of the Accounts of JOHN S. SHEDDEN and Another, as Executors, etc., of ARNOLD H. ELLIS, Deceased.— Motion to dismiss appeals granted, without costs. H. T. Kellogg, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law to MARY N. TAMMANY, Widow, and Two Minor Children, Respondents, for the Death of the Husband and Father, HENRY F. TAMMANY, v. CITIZENS BREWING CORPORATION, Employer, and STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Judicial Settlement of the Accounts of EDWIN L. HULETT and Another, as Administrators, etc., of ERT H. DOLLAR, Deceased, etc., Respondents, v. LAWRENCE RUSSELL, Appellant.— Order modified by providing that in lieu of paying the moneys into court, as therein directed, the appellant may file an undertaking, with sufficient sureties, to be approved by the surrogate as to form and sufficiency, and as so modified affirmed, without costs. All concurred. The appellant suggested, in open court, his desire to file such security, which suggestion was acquiesced in by the respondent.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by SAM MEZERITSKY, Respondent, v. MEZERITSKY & MILLER, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA LEE and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. TRANSIT DEVELOPMENT COMPANY, Employer and Self-insurer, Appellant.— Award unanimously affirmed.